IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**GREG BROWN,**

    **Plaintiff,**

vs.                                                                                      No.     2:23-cv-02027-SHM-atc
                                                                                                                 JURY DEMANDED

**OFFICERS OF THE DESOTO COUNTY,**
**MISSISSIPPI CHANCERY COURT;**
**JUDGE MITCHELL M. LUNDY;**
**MISTY HEFFNER; KIMBERLY McDOWELL;**
**DEREK D. HOPSON; JERRY WESLEY HISAW;**
**ELIZABETH PAIGE WILLIAMS; MELANIE WELLS;**
**BRANDIE CORRERO; URUA W. MYERS,**

    **Defendants**.

---

**MOTION OF DEFENDANT JERRY WESLEY HISAW FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

    COMES NOW the Defendant, Jerry Wesley Hisaw, by and through his counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C., and respectfully moves this Court for a brief extension of time in which to plead or otherwise respond to Plaintiff's *Pro Se* Complaint in the above-referenced case. In support of this Motion, Defendant Jerry Wesley Hisaw states as follows:

    1.    Plaintiff filed his Complaint with this Court on January 20, 2023.

    2.    On or about January 24, 2023, Defendant Jerry Wesley Hisaw was served.

    3.    Pursuant to the Federal Rules of Civil Procedure, Defendant's response deadline is Tuesday, February 14, 2023.

    4.    No other Defendant has made an appearance in this case as of the filing of this Motion.

1

5.This is the first request for an enlargement of time in this case on behalf of this Defendant.

6.This Defendant does not seek this extension for the purpose of delay.

7.Prior to filing an answer or other responsive pleading, Rule 11 of the Federal Rules of Civil Procedure requires an attorney to investigate the contentions in Plaintiff's Complaint. This Defendant respectfully submits that additional time is necessary to properly and fully investigate and respond to the numerous allegations and claims raised by Plaintiff's Complaint.

8.Based upon the foregoing, Defendant Jerry Wesley Hisaw respectfully requests an additional thirty (30) days in which to plead or otherwise respond to Plaintiff's Complaint.

## MEMORANDUM

Pursuant to Rules 1, 6(b), and 11 of the Federal Rules of Civil Procedure, Defendant Jerry Wesley Hisaw submits that granting this first enlargement of time will allow time to properly investigate the contentions in Plaintiff's *Pro Se* Complaint and respond appropriately and in accordance with the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 1, 6, 11.  In addition, such an extension will not result in prejudice to any party to this action.

## CONCLUSION

For the foregoing reasons, Defendant Jerry Wesley Hisaw respectfully requests that this Court grant to him an additional thirty (30) days in which to plead or otherwise respond to Plaintiff's Complaint.

        Respectfully submitted,

        /s/ James F. Horner, Jr.
        RICHARD GLASSMAN (#7815)
        JAMES F. HORNER, JR. (TN #16152)
        Glassman, Wyatt, Tuttle & Cox, P.C.
        26 N. Second Street
        Memphis, Tennessee 38103
        Telephone: (901) 527-4673
        Email: rglassman@gwtclaw.com
               jhorner@gwtclaw.com
        GWTC File No.: 23-029
        ***Attorneys for Defendant Jerry Wesley Hisaw***

### CERTIFICATE OF CONSULTATION

By my signature below, I hereby certify that I was unable to consult by telephone with the *pro se* Plaintiff herein as I do not have his telephone number or in person prior to the filing of this Motion and therefore do not know whether or not he opposes the relief sought.

        /s/ James F. Horner, Jr.
        JAMES F. HORNER, JR.

### CERTIFICATE OF SERVICE

I hereby certify on this the 10th day of February, 2023 that a true and correct copy of the foregoing pleading was sent via the Court's ECF service, and that a copy of the foregoing has been properly forwarded, via U.S. Mail, postage prepaid, and e-mail to:

Greg Brown
4128 Glenbrook
Memphis, TN 38109
rg1cars@yahoo.com
***Pro Se Plaintiff***

        /s/ James F. Horner, Jr.
        JAMES F. HORNER, JR.