IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| GREG BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-02027-SHM-atc |
| | ) | |
| OFFICERS OF THE DESOTO COUNTY MISSISSIPPI CHANCERY COURT; JUDGE MITCHELL M. LUNDY; MISTY HEFFNER; KIMBERLY MCDOWELL; DEREK D. HOPSON; JERRY WESLY HISAW; ELIZABETH PAIGE WILLIAMS; MELANIE WELLS; BRANDIE CORRERO; URURA W. MAYERS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S ACTION AGAINST DEFENDANT URURA W. MAYERS**

Plaintiff Greg Brown's action against Defendant Urura W. Mayers is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m). This resolves all claims in this action.

**I.  Discussion**

On January 20, 2023, Plaintiff brought suit against nine Defendants. See ECF No. 1.[1] The Defendants included 1) Judge

---

[1] Plaintiff filed an Amended Complaint on March 10, 2023. See ECF No. 30. The Amended Complaint did not mention many of the Defendants or mention many of the allegations in Plaintiff's original Complaint. The Magistrate Judge considered both Plaintiff's Amended Complaint and original Complaint in her Report and Recommendation. See ECF No. 46, at 3 n.1.

Mitchell M. Lundy, 2) Misty Heffner, 3) Kimberly McDowell, 4) Derek D. Hopson, 5) Jerry Wesly Hisaw, 6) Elizabeth Paige Williams, 7) Melanie Wells, 8) Brandie Correro Williams, and 9) Urura W. Mayers.

On August 31, 2023, Magistrate Judge Annie T. Christoff filed a Report that recommended granting the Motions to Dismiss filed by Defendants Lundy, Heffner, McDowell, Hopson, Hisaw, Paige Williams, Wells, and Correro Williams. See ECF No. 46. Plaintiff did not object to the Magistrate Judge's Report. On September 22, 2023, the Court adopted the Report in its entirety. See ECF No. 47, at 2—3. The action against those eight Defendants was dismissed. See id.

Urura W. Mayers is the sole remaining Defendant. In the Order that dismissed Plaintiff's action against the other Defendants, the Court found that Defendant Mayers had not been served. See id. at 3. Federal Rule of Civil Procedure 4(m) states that, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court determined that Plaintiff's 90-day service period had passed. See ECF No. 37, at 3. In its September 22, 2023 Order, the Court gave Plaintiff "notice of dismissal and an opportunity to show good cause for his failure to effect

2

service." Reynosa v. Schultz, 282 F. App'x 386, 394 (6th Cir. 2008). The Court gave Plaintiff fourteen days to show good cause. Plaintiff has not responded. Plaintiff's action against Defendant Mayers is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

## II. Conclusion

Plaintiff named nine Defendants in his Complaint. The Court has dismissed Plaintiff's action against eight of those Defendants.

Plaintiff failed to serve the remaining Defendant, Urura W. Mayers, within 90 days of filing his Complaint. The Court gave Plaintiff notice and an opportunity to show good cause for his failure of service. Plaintiff has not responded. Plaintiff's action against Defendant Mayers is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

This dismissal resolves all claims in this action.

SO ORDERED this 8th day of December, 2023.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE