UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**GREG BROWN,**

    **Plaintiff,**

**v.**                                                              No. 23-cv-02027-SHM-atc

**OFFICERS OF THE DESOTO COUNTY
MISSISSIPPI CHANCERY COURT;
JUDGE MITCHELL M. LUNDY;
MISTY HEFFNER; KIMBERLY
MCDOWELL; DEREK D. HOPSON;
JERRY HISAW; ELIZABETH PAIGE
WILLIAMS; MELANIE WELLS;
BRANDIE CORRERO; URURA W.
MAYERS,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order docketed December 8, 2023.

## APPROVED:

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*December 8, 2023*                                         WENDY OLIVER
DATE                                                       CLERK

                                                                   /s/ *Jairo Mendez*
                                                                   (By) DEPUTY CLERK